IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-41418-H5-11 |
| | § | |
| NADOWESSIOUX PROPERTIES, LTD. | § | (Chapter 11) |
| | § | |
| DEBTOR-IN-POSSESSION | § | |
| | § | |
| | § | |
| BONTECOU CONSTRUCTION, INC. | § | Adversary proc. no.  11-03060 |
| A Wyoming corporation, | § | |
| | § | |
| Plaintiff, | § | (formerly civil action no. 2:10-cv-00275 |
| | § | transferred from the USDC for the |
| vs. | § | District of Wyoming) |
| | § | |
| FIRST INTERSTATE BANK, | § | |
| A Montana Corporation, | § | |
| NADOWESSIOUX PROPERTIES, | § | |
| LTD., a Texas limited partnership, | § | |
| CHARLES M. HADEN, JR., | § | |
| Individually, and SHELLY HADEN, | § | |
| individually. | § | |
| | § | |
| Defendants. | § | |

### MOTION TO DISMISS ADVERSARY PROCEEDING

TO THE HONORABLE KAREN K. BROWN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Bontecou Construction, Inc. ("**Bontecou**" or "**Plaintiff**"), and respectfully file this its *Motion to Dismiss Adversary Proceeding*, and show:

1. On or about November 24, 2010, Bontecou initiated suit against the Debtor, First Interstate Bank ("**FIB**") and Charles and Shelly Haden in the Ninth Judicial District of Teton County, Wyoming ("**Lien Priority Litigation**").

2. On or about December 6, 2010, FIB filed its Verified Answer and Counterclaim in the Lien Priority Litigation.

1909425-1:BONTEC-0001

3.      The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 15, 2010 (the "**Petition Date**").[1]

4.      On or about December 23, 2010, the Debtor removed the Lien Priority Litigation to Wyoming Federal Court.

5.      On or about January 28, 2011, the Wyoming Federal Court entered an order transferring venue of the Lien Priority Litigation to the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Adversary Proceeding**").

6.      On February 14, 2011, the Debtor filed its *Motion for an Order Granting Final Summary Judgment* in the Adversary Proceeding.

7.      Charles and Shelly Haden, through counsel, filed a motion to dismiss the Adversary Proceeding.

8.      Bontecou accordingly request that the Court approve an *Order Granting Motion to Dismiss Adversary Proceeding*.

WHEREFORE, PREMISES CONSIDERED, Bontecou Construction, Inc., through its undersigned counsel, respectfully request that the Adversary Proceeding be dismissed.

---

[1] Main Case Docket No. 1.

THE RICHARD LAW FIRM, P.C.

*/s/ Andrea L. Richard*
Andrea L. Richard, Attorney
The Richard Law Firm
P.O. Box 1245
199 East Pearl Avenue, Suite 102
Jackson, WY 83001-1245
Telephone:  307-732-6680
Facsimile:   307-732-6638
Email Address:   Andrea@ARichardLaw.com
*Admitted Pro Hac Vice*
**CO-COUNSEL FOR**
**BONTECOU CONSTRUCTION, INC.**

 - AND -

*/s/ Simon Mayer*
David J. Askanase      TBN 01390000
daskanase@hwa.com
Simon Mayer         TBN: 24060243
smayer@hwa.com
HUGHESWATTERSASKANASE, L.L.P.
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
Telephone: 713-759-0818
Facsimile:  713-759-6834
**ATTORNEYS FOR**
**BONTECOU CONSTRUCTION, INC.**

1909425-1:BONTEC-0001

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, a true and correct copy of the foregoing *Motion to Dismiss Adversary Proceeding* was served by ECF electronic filing notice and/or U.S. First Class Mail, postage prepaid to the party listed below.

                                                     */s/ Simon Mayer*
                                                     Simon Mayer


*Attorneys for Debtor*
EDWARD L. ROTHBERG
ANNIE E. CATMULL
HOOVER SLOVACEK LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057


*Attorneys for First Interstate Bank*
Glenn M. Ford (Wyo. Bar 6-3770)
Garland Ford & Potter, LLC
235 E. Broadway
P.O. Box 4310
Jackson, WY 83001

*Attorneys for Charles M. Haden and Shelley Haden*
Jeffrey Dayne Carruth
Tanya Nicole Garrison
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015